

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
### BUFFALO DIVISION

| | |
|---|---|
| WAYNE H. NORMAN, | Civil Action File No. |
| Plaintiff, | |
| vs. | 1:16-CV-915-LJV |
| ATLANTIC RECOVERY SOLUTIONS, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wayne H. Norman, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant Atlantic Recovery Solutions, LLC.

Respectfully submitted,

Wayne H. Norman
3010 Finley
Downers Grove, Illinois 60515
whnorman@hotmail.com

Case 1:16-cv-00915-LJV Document 3 Filed 11/28/16 Page 2 of 2

Wayne Norman
370 Finley Drive
Lake Luzerne, NY 12846

TO:
The United States
District Court for the
Western District of New York
1 Niagara Square
Buffalo, NY 14202

NOV 28 2016
BUFFALO

UNITED STATES POSTAL SERVICE

USPS.COM
PPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.